IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

TIMOTHY RAY JOHNSON            :        CHAPTER 7
                               :
    Debtor.                    :
                               :        CASE: 13-53941-BEM
                               :
                               :
                               :

**COVER SHEET FOR AMENDMENT TO STATEMENT OF INTENTION**

Statement of Intention has been amended to correct surrender of vehicle.

Also included with this amendment if Amended Summary of Schedules, Amended Statistical Summary, Declaration of Schedules


DATED:  June 13, 2013

____/s/_____
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
The Slomka Law Firm, PC
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309
678-732-0001

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Timothy Ray Johnson**     Case No. **13-53941**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bk Of Amer | **Describe Property Securing Debt:**<br>Single Family Home<br>Location: 7926 The Lakes Drive, Fairburn GA 30213 |

Property will be (check one):
    o Surrendered        n Retained

If retaining the property, I intend to (check at least one):
    o Redeem the property
    n Reaffirm the debt
    o Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    o Claimed as Exempt        n Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Cap1/bstby | **Describe Property Securing Debt:**<br>Charge Account |

Property will be (check one):
    o Surrendered        n Retained

If retaining the property, I intend to (check at least one):
    o Redeem the property
    n Reaffirm the debt
    o Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    o Claimed as Exempt        n Not claimed as exempt

B8 (Form 8) (12/08)     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase Auto** | **Describe Property Securing Debt:**<br>**2002 Chervolet Silverado**<br>**Date of Purchase: 02/2012**<br>**Location: 7926 The Lakes Drive, Fairburn GA 30213** |

Property will be (check one):
   n Surrendered                          o Retained

If retaining the property, I intend to (check at least one):
   o Redeem the property
   o Reaffirm the debt
   o Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   o Claimed as Exempt                    n Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Lakes at Cedar Grove HOA** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**Location: 7926 The Lakes Drive, Fairburn GA 30213** |

Property will be (check one):
   o Surrendered                          n Retained

If retaining the property, I intend to (check at least one):
   o Redeem the property
   n Reaffirm the debt
   o Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   o Claimed as Exempt                    n Not claimed as exempt

B8 (Form 8) (12/08)      Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:** <br> **Tdrcs/rooms To Go** | **Describe Property Securing Debt:** <br> **3 Beds** <br> **3 Dressers** <br> **2 Sofas** <br> **3 TVs** <br> **2 DVD Players** <br> **2 Computers** <br> **Dining room table w/4 chairs** <br> **Location: 7926 The Lakes Drive, Fairburn GA 30213** |

Property will be (check one):
   n Surrendered            o Retained

If retaining the property, I intend to (check at least one):
   o Redeem the property
   o Reaffirm the debt
   o Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   o Claimed as Exempt          n Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> o YES      o NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **June 13, 2013**        Signature   **/s/ Timothy Ray Johnson**
                                                 **Timothy Ray Johnson**
                                                 Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

TIMOTHY RAY JOHNSON    :    CHAPTER 7
:
    Debtor.    :
:    CASE: 13-53941-BEM
:
:
:

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Amended Statement of Intention in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson
13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303

Timothy Johnson
7926 The Lakes Drive
Fairburn, GA 30213

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATED:  June 13, 2013
_____/s/_____
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
The Slomka Law Firm, PC
1069 Spring Street, NW
2nd Floor
Atlanta, GA 30309
678-732-0001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 13-53941-bem<br>Northern District of Georgia<br>Atlanta<br>Thu Jun 13 09:57:45 EDT 2013 | Bank of America, N.A.<br>c.o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Spring Street, SW<br>Atlanta, GA 30303-3315 | The Lakes at Cedar Grove Neighborhood Associ<br>c/o Kathy K. Dorough<br>Dorough & Dorough, LLC<br>160 Clairemont Avenue<br>Suite 650<br>Decatur, GA 30030-2534 | AR Resources, Inc<br>1777 Sentry Pkwy W<br>Blue Bell, PA 19422-2206 |
| Access Mgmt Group<br>PO Box 64504<br>Phoenix, AZ 85082-4504 | Alamo<br>PO Box 402345<br>Atlanta, GA 30384-2345 | Bk Of Amer<br>Attn: Correspondence Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062-5170 |
| Bristol Cts Apts<br>PO Box 312125<br>Atlanta, GA 31131-2125 | CNAC<br>12802 Hamilton Crossing Bl<br>Carmel, IN 46032-5424 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 |
| Cap1/bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | Capio Partners, LLC<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090-2481 | Carter- Young Inc<br>PO Box 82269<br>Conyers, GA 30013-9433 |
| Chase Auto<br>Po Box 901076<br>Fort Worth, TX 76101-2076 | Check Cash Plus<br>1740 Hudson Bridge Rd 1212<br>Stockbridge, GA 30281-6331 | Collection Service of Athens<br>110 Newton Bridge Rd Bldg A<br>Athens, GA 30607-1163 |
| Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Dekalb Anesthesia Associates<br>PO Box 82269<br>Conyers, GA 30013-9433 | Dish Network<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Doug Epstein<br>PO Box 1192<br>Snellville, GA 30078-1192 | Emory Eastside Medical Center<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090-2481 | Enhanced Recovery Company<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD NE<br>SUITE 17200<br>ATLANTA GA 30345-3206 | Gwinnett County Public Library<br>119 E Maple St<br>Jeffersonville, IN 47130-3439 |
| Hansen Property Management<br>2814 Spring Rd Ste 301<br>Atlanta, GA 30339-3036 | Harvard Collection<br>4839 N Elston Ave<br>Chicago, IL 60630-2589 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

```
JPMorgan Chase Bank N.A.                Joane Dang                              LVNV Funding LLC its successors and assigns
National Bankruptcy Department          Po Box 237                              c/o Resurgent Capital Services
P.O.Box 29505 AZ1-1191                  Lilburn, GA 30048-0237                  PO Box 10587
Phoenix,AZ 85038-9505                                                           Greenville, SC  29603-0587


Lakes at Cedar Grove HOA                Lakes at Cedar Grove Neighborhood Associatio   (p)LENDMARK FINANCIAL SERVICES INC
c/o Access Mgmt Group                   c/o Kathy K. Dorough                    7003 CONCOURSE PKWY
1100 North meadow Pkwy                  Dorough & Dorough, LLC                  STE N
Suite 114                               160 Clairemont Avenue, Suite 650        DOUGLASVILLE GA 30134-4553
Marietta, GA 30008                      Decatur, Georgia 30030-2534


Lendmark Financial Svc                  McCalla Raymer, LLC                     Michael Scott Hansen Inc
7003 Concourse Pkwy                     1544 Old Alabama Road                   1291 Britain Dr
Suite N2                                Roswell, GA 30076-2102                  Lawrenceville, GA 30044-2641
Douglasville, GA 30134-4553


Music Art Centers                       NCO Financial Services                  National Credit Systems
2235 Mercury Way Ste 275                PO Box 15636                            PO Box 312125
Santa Rosa, CA 95407-5463               Wilmington, DE 19850-5636               Atlanta, GA 31131-2125


New Mlnm Bk                             Orixs Bristol Court LLC                 Paragon Emergency Physicians
57 Livingston Ave                       Po Box 2109                             1777 Sentry Pkwy W
New Brunswick, NJ 08901-2573            Woodstock, GA 30188-1374                Blue Bell, PA 19422-2207


Premier Bankcard/Charter                Progressive Insurance                   Quick Click Loans
P.O. Box 2208                           PO Box 15636                            PO Box 5040
Vacaville, CA 95696-8208                Wilmington, DE 19850-5636               Alpharetta, GA 30023-5040


QuickClick Loans, LLC                   Rapid Recovery                          Rent Recovery Solutions
P.O. Box 5040                           1325 SE 47th St Ste 1                   2814 Spring Rd Ste 301
Alpharetta, GA 30023-5040               Cape Coral, FL 33904-9692               Atlanta, GA 30339-3036


Samuel Madison                          Scanna Energy Marketing                 Signature Management Corp
350 Double Springs Way                  3344 Peachtree Rd NE Ste 2150           600 Churchill Court
Alpharetta, GA 30004-6941               Atlanta, GA 30326-4808                  Woodstock, GA 30188-6827


Son Nguyen                              Sprint                                  Strayer University GA
505 Harbour Gate Circle                 4839 N Elston Ave                       300 Chatham Ave Ste 201
Alpharetta, GA 30022-3307               Chicago, IL 60630-2534                  Rock Hill, SC 29730-5395


TD Retail Card Services                 Tdrcs/rooms To Go                       Transworld Systems Inc
c/o Creditors Bankruptcy Service        1000 Macarthur Blvd                     2235 Mercury Way Ste 275
P.O. Box 740933                         Mahwah, NJ 07430-2035                   Santa Rosa, CA 95407-5463
Dallas, TX 75374-0933
```

| | | |
|---|---|---|
| Troy University<br>1325 SE 47th St Ste 1<br>Cape Coral, FL 33904-9692 | TruGreen<br>PO Box 9001128<br>Louisville, KY 40290-1128 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |
| Unique National Collection<br>119 E Maple St<br>Jeffersonville, IN 47130-3439 | University of Phoenix<br>4615 E Elwood St<br>Phoenix, AZ 85040-1908 | Walton EMC<br>110 Newton Bridge Rd Bldg A<br>Athens, GA 30607-1163 |
| WellStar Health System<br>805 Sandy Plains Road<br>Marietta, GA 30066-6340 | Wells Fargo Bank<br>PO Box 84712<br>Sioux Falls, SD 57118-4712 | Williams & Fudge Inc<br>300 Chatham Ave Ste 201<br>Rock Hill, SC 29730-5395 |
| Howard P. Slomka<br>Slomka Law Firm<br>2nd Floor<br>1069 Spring Street, NW<br>Atlanta, GA 30309-3817 | M. Denise Dotson<br>M. Denise Dotson, LLC<br>170 Mitchell Street<br>Atlanta, GA 30303-3441 | Timothy Ray Johnson<br>7926 The Lakes Drive<br>Fairburn, GA 30213-7413 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department of Revenue<br>Bankruptcy Division<br>Post Office Box 161108<br>Atlanta, GA 30321 | Lendmark Financial Ser<br>3218 Highway 5<br>Douglasville, GA 30154 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMORGAN CHASE BANK, N.A. | (d)Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients    2<br>Total                  73 |